

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2017

No. 04-17-00516-CV

**IN RE** Robert B. **CAIRNS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Chief Justice
                    Rebeca C. Martinez, Justice
                    Patricia O. Alvarez, Justice

On August 10, 2017, Relator filed a petition for writ of mandamus and a "Motion for Stay and Temporary Relief." This court denied Relator's motion for stay. On August 17, 2017, this court issued an order requesting a response from the real party in interest. On August 30, 2017, Relator filed a "First Amended Motion for Stay and Temporary Relief." On August 31, 2017, this court granted the amended motion and stayed all proceedings in the underlying case, pending resolution of this original proceeding. The real party in interest filed her response to the petition for writ of mandamus on September 15, 2017.

This court has considered Relator's petition, the response filed by the real party in interest, and the relevant law, and is of the opinion Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* Tex. R. App. P. 52.8(a). The stay granted by this Court on August 31, 2017 is hereby LIFTED. The court's opinion will issue at a later date.

It is so **ORDERED** on October 27, 2017.

_____
Rebeca C. Martinez, Justice

---

[1] This proceeding arises out of Cause No. 2012-CI-11471, styled *In the Interest of A.N.C. and H.C.C.*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Solomon Casseb III presiding.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2017.



KEITH E. HOTTLE,
Clerk of Court